```
 1  PAUL L. REIN, Esq. (SBN 43053)
    PATRICIA BARBOSA, Esq. (SBN 125865)
 2  JULIE MCLEAN, Esq. (SBN 215202)
    LAW OFFICES OF PAUL L. REIN
 3  200 Lakeside Dr., Suite A
    Oakland, CA 94612
 4  (510) 832-5001

 5  Attorneys for Plaintiff
    RICHARD STICKNEY
 6

 7  TERRANCE J. SHANNON (SBN 94750)
    ATTORNEY AT LAW
 8  34052 La Plaza Dr., Suite 205
    Dana Point, CA 92629
 9  (949) 493-7886

10  Attorney for Defendants
    ALLIANCE MINI MART; LOC T. BUI; JANNA L. BUI
11
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD STICKNEY, | Case No. C03-5820 TEH |
| Plaintiff, | <u>Civil Rights</u> |
| v. | **STIPULATION FOR DISMISSAL** |
| ALLIANCE MINI MART; LOC T. BUI; JANNA L. BUI; and DOES 1-25, Inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED BY ALL PARTIES THROUGH THEIR COUNSEL OF RECORD AS FOLLOWS:

   1.   The parties have reached a settlement as to all of plaintiff's claims for injunctive relief, damages, attorney fees, litigation expenses and costs.  The agreement as to injunctive relief has been memorialized in a separate Consent Decree and Order which was signed by the Court on August 16,

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation for Dismissal: Case No. C03-5820 TEH**     1
s:\jm\cases\a\alliance minimart\pleadings\stip for dismissal.doc

1  2004. The agreement on damages, attorney fees, litigation
2  expenses and costs was put on the record by Magistrate Judge
3  Joseph C. Spero at the settlement conference of August 11, 2004
4  and is contained herein.
5       2.   Therefore, subject to the court's continuing
6  jurisdiction over injunctive relief as set forth in the Consent
7  Decree and Order, the parties agree that the action shall be
8  dismissed with prejudice.

10  Dated: August 15, 2005        PAUL L. REIN
                                  PATRICIA BARBOSA
11                                JULIE MCLEAN
                                  LAW OFFICES OF PAUL L. REIN

13                                _____
                                  /s/ Julie McLean
14                                Attorneys for Plaintiff
                                  RICHARD STICKNEY

16  Dated: July 15, 2005          TERRANCE J. SHANNON
                                  ATTORNEY AT LAW

18                                _____
                                  /s/ Terrance J. Shannon
                                  Attorney for Defendants
19                                ALLIANCE MINI MART; LOC T. BUI;
                                  JANNA L. BUI

**ORDER**

Pursuant to stipulation, and for good cause shown, **IT IS SO ORDERED.** The Court will retain jurisdiction to enforce the Consent Decree and Order, and the action is hereby dismissed.

Dated: ___August 15, 2005___

_____
THELTON E. HENDERSON
U.S. DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Thelton E. Henderson*

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Stipulation for Dismissal: Case No. C03-5820 TEH**                         2
s:\jm\cases\a\alliance minimart\pleadings\stip for dismissal.doc